**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7286

MICHAEL LEROY CAMPBELL,

Plaintiff - Appellant,

v.

LARRY W. POWERS; WILLIAM CHURCH, Lt.; OFFICER KUNNAK,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Henry F. Floyd, District Judge. (4:07-cv-04012-HFF)

Submitted: December 16, 2010      Decided: December 29, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Leroy Campbell, Appellant Pro Se. Andrew Todd Darwin, HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Leroy Campbell appeals the district court's order denying his motion for an extension of time in which to appeal the court's previous denial of relief on Campbell's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Campbell's motion to assign counsel. Campbell v. Powers, No. 4:07-cv-04012-HFF (D.S.C. Aug. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED